HOWARD IRON WORKS, Respondent, *v.* BUFFALO ELEVATING COMPANY, Appellant.

*Howard Iron Works* v. *Buffalo Elevating Co.*, 113 App. Div. 562, affirmed.
(Argued April 25, 1907; decided May 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 10, 1906, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for labor performed and materials furnished.

*Tracy C. Becker, Lincoln A. Groat* and *Alfred L. Becker* for appellant.

*Loran L. Lewis, Jr.,* and *William C. Carroll* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

FRANCIS CONLON, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Conlon* v. *City of New York*, 112 App. Div. 912, affirmed.
(Argued April 25, 1907; decided May 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages alleged to have been caused to plaintiff's property through defendant's negligence in failing to provide a proper outlet for a sewer.

*William B. Ellison, Corporation Counsel (Theodore Connoly* and *Royal E. T. Riggs* of counsel), for appellant.

*Charles Maitland Beattie* and *Joseph P. Hennessy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Not voting: HAIGHT, J.